CL
AS

# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 30, 2013
Docket #: 12-2335cv
Short Title: Windsor v. United States of America

DC Docket #: 10-cv-8435
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-8435
DC Court: SDNY (NEW YORK CITY)
DC Judge: Francis
Jones

William K. Suter
Clerk of Court
Supreme Court of the United States
Washington, D.C. 20543

Supreme Ct. Docket No. 12-307 ~~12-2335~~

U.S. COURT OF APPEALS
2013 FEB 11 AM 11:27

Dear Mr. Sutter:

Enclosed herewith are copies of all papers filed in this Court, sent at the request of Eleanor L. Baptiste for use in connection with a petition for a writ of certiorari.

Please acknowledge receipt of these papers on the duplicate copy of this letter and return it to me. All inquiries regarding this case may be directed to 212-857-8560.

Also, please note that this Court is not in possession of the lower court record. As your letter requested, this office has forwarded to the district court a copy of your letter to transmit its record directly to your office. Accordingly, you should receive the lower court record directly from the district court.

Receipt Acknowledged:

*Eleanor L. Baptiste*
Name
2-4-13
Date

Very truly yours,

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*
ELB / envelope

RECEIVED
FEB 4 - 2013
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Enclosures
cc: All counsel of record

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



$ 00.46⁰
0000012042  FEB 06 2013
MAILED FROM ZIP CODE 20543

Clerk
United States court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

1000731561 C014