# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 29, 2013

Clerk
United States Court of Appeals
 for the Second Circuit
1702 US Courthouse, Foley Square
New York, New York  10007

   Re: United States
     v. Edith Schlain Windsor, in Her Capacity as Executor of the
      Estate of Thea Clara Spyer, et al.
     No. 12-307  (Your docket Nos. 12-2335, 12-2435)

Dear Clerk:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                 Sincerely,

                 WILLIAM K. SUTER, Clerk

                 By *Elizabeth Brown*

                 Elizabeth Brown
                 Judgments/Mandates Clerk

Enc.
cc: Solicitor General           Paul D. Clement, Esq.
   Roberta A. Kaplan, Esq.

# Supreme Court of the United States

No.     12-307

**UNITED STATES,**

Petitioner

v.

**EDITH SCHLAIN WINDSOR, IN HER CAPACITY
AS EXECUTOR OF THE ESTATE OF THEA CLARA SPYER, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 26, 2013



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp